IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CONFESSOR D. PABON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 07-805 |
| STATE CORRECTIONAL OFFICERS LEMASTER and MATTHEWS, | ) | Judge Gary L. Lancaster<br>Magistrate Judge Amy Reynolds Hay |
| Defendants. | ) | |

## **ORDER**

AND NOW, this 23rd day of October, 2008, after the plaintiff, Confessor D. Pabon, filed an action in the above-captioned case, and after plaintiff has repeatedly failed to comply with this court's orders, including two orders directing him to file a response to defendants' motion for summary judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the parties until October 16, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint filed in the above-captioned case [Dkt. 3] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Confessor D. Pabon
AY-9457
S.C.I.-Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record by electronic filing