In The United States District Court
For The Western District Of Pennsylvania

AND NOW, THIS 26th DAY OF April 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Confessor Pabon,
    Plaintiff

v.    Civil Action No. 07-805

State Correctional Officers
LeMasters And Matthews,
    Defendants

2010 APR 22 AM 9:50
CLERK U S DISTRICT COURT
FILED

Application To Reopen This Civil Action; And To Excuse Any Waiver Of Rights — In The Interests Of Justice — To Response To Summary Judgment Motion or To File An Appeal To The Third Circuit Court

Confessor Pabon ("Plaintiff"), in pro se, with the assistance of prisoner Frank Rivera (DOC # FK-1345), hereby submits this application and be prays that in the interests of justice this Court grant said application, and the followings are presented:

I. Statement Of The Case

On 2007, the Plaintiff incepted, in pro se fashion, this instant action against State Correctional Officers LeMasters and Matthews, alleging that he was being subjected to a culture of abuse, actions taken by the Defendants

1